# United States Court of Appeals for the Federal Circuit

---

**PACKET INTELLIGENCE LLC,**
*Plaintiff-Appellee*

**v.**

**NETSCOUT SYSTEMS, INC., NETSCOUT SYSTEMS TEXAS, LLC, FKA TEKTRONIX TEXAS, LLC DBA TEKTRONIX COMMUNICATIONS,**
*Defendants-Appellants*

---

2019-2041

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00230-JRG, Chief Judge J. Rodney Gilstrap.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

July 14, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court