NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PACKET INTELLIGENCE LLC,**
*Plaintiff-Appellee*

v.

**NETSCOUT SYSTEMS, INC., NETSCOUT SYSTEMS TEXAS, LLC, FKA TEKTRONIX TEXAS, LLC DBA TEKTRONIX COMMUNICATIONS,**
*Defendants-Appellants*

_____

2019-2041

_____

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00230-JRG, Judge J. Rodney Gilstrap.

_____

**ON PETITIONS FOR PANEL REHEARING AND REHEARING EN BANC**

_____

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges.*

PER CURIAM.

# O R D E R

Appellants NetScout Systems, Inc. and NetScout Systems Texas, LLC and Appellee Packet Intelligence LLC separately filed combined petitions for panel rehearing and rehearing en banc. The petitions were referred to the panel that heard the appeal, and thereafter the petitions for rehearing en banc were referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petitions for panel rehearing are denied.

The petitions for rehearing en banc are denied.

The mandate of the court will issue on October 23, 2020.

FOR THE COURT

October 16, 2020            /s/ Peter R. Marksteiner
Date                        Peter R. Marksteiner
                            Clerk of Court